Nothing contained herein shall alter the rights of the creditor upon conversion or dismissal of the case.

Entered on Docket
August 10, 2009

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

---

AARON & PATERNOSTER, LTD.
MATTHEW E. AARON, ESQ.
Nevada Bar #004900
2300 W. Sahara Ave., Suite 650
Las Vegas, NV 89102
(702) 384-4111
email: bk@aaronpaternoster.com
Attorneys for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Chapter 13 Proceedings<br>Case No.: 09-10947-LBR |
| JOSEPH WILLIAMS and KARIE WILLIAMS | |
| Debtor(s). | DATE: 06/18/2009<br>TIME: 3:30 PM |

**ORDER ON MOTION TO VALUE COLLATERAL "STRIP OFF" AND MODIFY RIGHTS OF COUNTRYWIDE HOME LOANS PURSUANT TO U.S.C. §506(A) AND §1322**

The Motion of Debtors, JOSEPH WILLIAMS and KARIE WILLIAMS, to Value Collateral and Modify The Rights of COUNTRYWIDE HOME LOANS, with regard to its wholly unsecured second mortgage on Debtor's real property, having come on regularly for hearing on the 18th of June, 2009, at 3:30 p.m., and with CHARLES GEISENDORF, ESQ. of AARON AND PATERNOSTER LTD., appearing for Debtors and, pursuant to notice duly given, no Opposition being filed by the Trustee or by creditors and the Court having heard the representations of counsel, and having reviewed the moving papers on file herein, and good cause appearing therefore,

The Court finds as follows:

1. That Debtors' property located at 6291 Explorer Drive, Las Vegas, Nevada 89103 ("Subject Property") is valued at ONE HUNDRED SEVENTY THREE THOUSAND FOUR HUNDRED TWENTY SEVEN AND 00/100 DOLLARS ($173,427.00).

2. That on the filing date of the instant Chapter 13 petition, COUNTRYWIDE'S HOME LOANS' second mortgage claim against the Subject Property was wholly unsecured.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that COUNTRYWIDE HOME LOANS' secured claim is "Stripped off" and shall be treated as a "general unsecured claim" pursuant to 11 U.S.C. Section 506 (a):

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that COUNTRYWIDE HOME LOANS' claim be reclassified as a general unsecured claim to be paid pro rata with other general unsecured creditors through Debtor's Chapter 13 plan; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that COUNTRYWIDE HOME LOANS is stripped of any rights secured by Subject Property.

DATED: July 27, 2009

AARON & PATERNOSTER, LTD.

By: /s/ MATTHEW AARON
    MATTHEW E. AARON, ESQ.
    Nevada Bar #4900
    2300 W. Sahara #650, Box 30
    Las Vegas, NV 89102
    Attorneys for Debtor(s)

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

___ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Submitted by:

AARON & PATERNOSTER, LTD.

By: /s/ MATTHEW AARON
MATTHEW E. AARON, ESQ.
Nevada Bar #4900
2300 W. Sahara #650, Box 30
Las Vegas, NV 89102
Attorneys for Debtor(s)

CHAPTER 13 TRUSTEE
Approved/Disapproved/Failed to Respond

By:_____
Kathleen Leavitt, Trustee

No appearance on behalf of COUNTRYWIDE HOME LOANS

3